**Fill in this information to identify the case:**

Debtor 1    Danitza Florinda Steele

Debtor 2    David Thomas Steele
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Georgia

Case number 13-40148

## Official Form 410S2
### Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Seterus, Inc. as servicer for Federal National Mortgage Association

**Court claim no.** (if known): 20

**Last four digits** of any number you use to identify the debtor's account: 4396

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 9/20/16 | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | 9/7/16 | (9) | $ 1,096.03 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor1  <u>Danitza Florinda Steele</u>                     Case number *(if known)* <u>13-40148</u>
      First Name   Middle Name   Last Name

### Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖  <u>/s/Mallory Velten</u>

    Signature                                                                              Date  <u>10/18/2016</u>

**Print:**  <u>Mallory Velten</u>
    First Name   Middle Name   Last Name           Title  <u>Attorney</u>

Company  <u>Brock & Scott, PLLC</u>

Address  <u>4360 Chamblee Dunwoody Rd. Suite 310</u>
    Number   Street

<u>Atlanta, GA 30341</u>
City   State   ZIP Code

Contact phone  <u>404-789-2661</u>                Email  <u>bankruptcy@brockandscott.com</u>

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

IN RE:
DANITZA FLORINDA STEELE
DAVID THOMAS STEELE
               DEBTOR(S)

CASE NO.  13-40148
CHAPTER 13

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the Proof of Claim Supplement in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Danitza Florinda Steele
David Thomas Steele
1442 Autumnridge Dr
Columbus, GA 31904-3023


Brace W. Luquire
821 Third Avenue
P.O. Box 2684
Columbus, GA 31902


Kristin Hurst
P.O. Box 1907
Columbus, GA 31902-1907


This the 18th day of October, 2016.

                                              /s/ Ryan Tomlin
                                              Ryan Tomlin
                                              Brock & Scott, PLLC
                                              5121 Parkway Plaza Blvd., Suite 300
                                              Charlotte, NC 28217
                                              Ph: (704) 369-0676
                                              Fax: (704) 369-0760
                                              bankruptcy@brockandscott.com