**Fill in this information to identify the case:**

Debtor 1   David Thomas Steele

Debtor 2   Danitza Florinda Steele
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Georgia

Case number 13-40148

---

Form 4100R

# Response to Notice of Final Cure Payment                                12/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** Federal National Mortgage Association

**Court claim no.** (if known): 20

**Last 4 digits** of any number you use to identify the debtor's account: 4396

**Property address:** 1442 Autumnridge Dr
Number Street
Columbus, GA 31904
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                              (a) $ 7,361.50

b. Less funds in suspense:                                              -(b) $    38.51

c. **Total**. Add lines a and b.                                         (c) $ 7,322.99
   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payment(s) that first became   11/01/2017
   due on:                                                       MM/DD/YYYY

---

Form 4100R                    **Response to Notice of Final Cure Payment**                    page **1**

Debtor1  David Thomas Steele
         First    Middle    Last

Case number *(if known)* 13-40148

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mallory Velten          Date 07/10/2018
  Signature

Print  Mallory Velten                          Title  Attorney
       First Name   Middle Name   Last Name

Company  Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  4360 Chamblee Dunwoody Rd. Suite 310
         Number       Street

         Atlanta, GA 30341
         City              State    ZIP Code

Contact phone  404-789-2661  Email  bankruptcy@brockandscott.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the Response to Notice of Final Cure in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

David Thomas Steele
1442 Autumnridge Dr
Columbus, GA 31904-3023

Danitza Florinda Steele
1442 Autumnridge Dr.
Columbus, GA 31904-3023

Brace W. Luquire
821 Third Avenue
P.O. Box 2684
Columbus, GA 31902

Kristin Hurst
P.O. Box 1907
Columbus, GA 31902-1907


This the 10th day of July, 2018.

    /s/ Mallory Velten
    Mallory Velten
    Brock & Scott, PLLC
    4360 Chamblee Dunwoody Rd.
    Suite 310
    Atlanta, FA 30341
    bankruptcy@brockandscott.com

# POST-PETITION PAYMENT HISTORY

| Name | **David Thomas Steele** | | | Todays Date | | **7/10/2018** |
|---|---|---|---|---|---|---|
| Loan | ▮ | | | | | |
| Case | **13-40148** | | | BK Specialist | | **Dennis Breiner** |
| Filing Date | **2/22/2013** | | | BK QA Check Specialist | | **Name** |
| Modification | **9/1/2017** | | | Property Address | | |
| Agreed Order | | | | **1442 AUTUMNRIDGE DR COLUMBUS GA 31904-3023** | | |

| Date Received | Amount Received | $ Applied To Payment | Applied to Month | Paid To Suspense | Running Suspense Total | Post Petition Payment Amount Due | Court Filed PCN Date |
|---|---|---|---|---|---|---|---|
| | | | | | $ 856.09 | | Running Suspense |
| 9/18/2017 | $817.58 | $817.58 | Sep-17 | $ - | $ 856.09 | $817.58 | **MOD** |
| | | $817.58 | Oct-17 | $ (817.58) | $ 38.51 | | |
| | | | Nov-17 | $ - | $ 38.51 | $817.58 | **Next Due** |
| | | | Dec-17 | $ - | $ 38.51 | $817.99 | **PCN** |
| | | | Jan-18 | $ - | $ 38.51 | $817.99 | |
| | | | Feb-18 | $ - | $ 38.51 | $817.99 | |
| | | | Mar-18 | $ - | $ 38.51 | $817.99 | |
| | | | Apr-18 | $ - | $ 38.51 | $817.99 | |
| | | | May-18 | $ - | $ 38.51 | $817.99 | |
| | | | Jun-18 | $ - | $ 38.51 | $817.99 | |
| | | | Jul-18 | $ - | $ 38.51 | $817.99 | |
| | | | | | | | |
| | | | | Total Installments | | $7,361.50 | |
| | | | | Suspense | | $ 38.51 | |
| | | | | Total Post Arrears | | $ 7,322.99 | |